1  NICHOLAS A. TRUTANICH
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MICHAEL K. MARRIOTT, CSBN 280890
4  Special Assistant United States Attorney
       160 Spear Street, Suite 800
5      San Francisco, California 94105
       Telephone: (415) 977-8985
6      Facsimile: (415) 744-0134
       E-Mail: Michael.Marriott@ssa.gov
7
8  Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

## LAS VEGAS DIVISION

| | |
|---|---|
| COLUMBINE DEVINCENT BATALONA, | Case No: 2:18-cv-02309-JAD-VCF |
| Plaintiff | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO FILE THE CERTIFIED ADMINISTRATIVE RECORD** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | **(First Request)** |
| Defendant. | |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, hereby requests an extension of time of forty five days from February 12, 2019 to March 29, 2019, to prepare and file the certified administrative record, and correspondingly to extend all subsequent deadlines for the filing of the parties' respective dispositive motions. This is the Commissioner's first request for an extension.

The Appeals Council informed the undersigned that the process for compiling and creating the Certified Administrative Record (CAR) was not properly commenced in this case,

-1-

and this extension is necessary because the Social Security Administration's records component receives an extensive volume of requests for records nationally. Thus, Defendant respectfully requests this additional time to complete and file the CAR as required by 42 U.S.C. § 405(g).

On February 14, 2019, Plaintiff's counsel informed Defendant by email that he had no objection to this extension.

Respectfully submitted,

Date: February 14, 2019  LAW OFFICES OF LAWRENCE D. ROHLFING

By: /s/* Cyrus Safa
CYRUS SAFA
*authorized by email February 14, 2019

Attorneys for Plaintiff

Date: February 14, 2019  NICHOLAS A. TRUTANICH
United States Attorney

By: /s/ Michael K. Marriott
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE: 2-22-2019

HONORABLE CAM FERENBACH
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I, Michael K. Marriott, hereby certify that I caused a copy of Stipulation for Extension of Time to File the Certified Administrative Record to be served, via CM/ECF notification, on:

> Cyrus Safa
> Law Offices of Lawrence D. Rohlfing
> 12631 E. Imperial Highway, Suite C-115
> Santa Fe Springs, CA 90670

Date: <u>February 14, 2019</u>  NICHOLAS A. TRUTANICH
United States Attorney

By: <u>/s/ Michael K. Marriott</u>
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant