Cyrus Safa
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
411 E. Bonneville Avenue, #505
Las Vegas, NV 89101
Tel.: (702) 382-2030
Fax: (702) 684-5157
E-mail: gmwesq@weltlaw.com; kwp@weltlaw.com

Attorneys for Plaintiff Columbine Devincent Batalona

**UNITED STATES DISTRICT Court**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COLUMBINE DEVINCENT BATALONA, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:18-cv-02309-JAD-VCF <br><br> STIPULATION TO EXTEND TIME OF TIME TO FILE MOTION FOR REMAND/REVERSAL <br><br> (SECOND REQUEST) |

Plaintiff Columbine Devincent Batalona and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from April 11, 2019 to April 25, 2019, for Plaintiff to send her Motion for Remand/Reversal with all other

-1-

dates in the Court's Scheduling Order extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel in order to reset the briefing calendar. The Parties initially stipulated to an extension of time to March 29, 2019 for Defendant to file the certified administrative record. Defendant filed the administrative record early on March 12, 2019. Plaintiff calendared its initial briefing from the date of the stipulation. Plaintiff makes this request in order to clarify the briefing calendar and to ensure its motion is timely submitted.

DATE: April 11, 2019      Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

       /s/ *Cyrus Safa*
BY: _____
   Cyrus Safa
   Attorney for plaintiff
   Columbine Devincent Batalona

DATE: April 11, 2019      NICHOLAS A. TRUTANICH
                                         United States Attorney

       /s/ Michael K. Marriott
BY: _____

Michael K. Marriott
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
Acting Commissioner of Social Security
|*authorized by e-mail|

DATED: April 12, 2019

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE
## FOR CASE NUMBER 2:18-CV-02309-JAD-VCF

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on April 12, 2019.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff
_____