NICHOLAS A. TRUTANICH
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

# LAS VEGAS DIVISION

| | |
|---|---|
| COLUMBINE DEVINCENT BATALONA, <br><br> Plaintiff <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No: 2:18-cv-02309-JAD-VCF <br><br> **ORDER** FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS MOTION TO AFFIRM <br><br> (First Request) |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, hereby requests an extension of time of thirty days to Friday, June 28, 2019, to prepare and file her cross motion to affirm. This is the Commissioner's first request for an extension.

Defendant respectfully requests this extension of time because of a very heavy workload, including fourteen district court merits briefs due in the next month, as well a Ninth Circuit responsive brief to complete.

On April 29, 2019, Plaintiff's counsel informed Defendant by email that he had no objection to this extension.

Respectfully submitted,

Date: May 29, 2019

LAW OFFICES OF LAWRENCE D. ROHLFING

By: /s/ Cyrus Safa*
CYRUS SAFA
*authorized by email April 29, 2019

Attorney for Plaintiff

Date: May 29, 2019

NICHOLAS A. TRUTANICH
United States Attorney

By: /s/ Michael K. Marriott
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE: May 31, 2019

HONORABLE CAM FERENBACH
United States Magistrate Judge

-2-